UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

   UNITED STATES OF AMERICA,

              -against-

  JUAN JOSE DE LA ROSA SANCHEZ

                                 Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

( ) ( )

**20 MAG 11601**

Defendant  **JUAN JOSE DE LA ROSA SANCHEZ**  hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing and/or __X__ teleconferencing:

__X__    Initial Appearance Before a Judicial Officer

__X__    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__    Bail/Detention Hearing

__X__    Conference Before a Judicial Officer

*Juan José De La Rosa Sánchez*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

   Juan José De La Rosa Sánchez
Print Defendant's Name

*Xavier R. Donaldson*
Defendant's Counsel's Signature

      Xavier R. Donaldson
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

October 28, 2020
_____
Date

_____
~~Sarah L. Cave~~ Ona T. Wang
U.S. Magistrate Judge